IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DELIUS ALEXANDER       :      CIVIL ACTION

VS.                                :      NO.   02-3753

IMG AMERICAS INC., ET AL

### ORDER

AND NOW, this 18th of JUNE, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Bruce W. Kauffman to the Honorable Stewart Dalzell.


FOR THE COURT:


JAMES T. GILES
Chief Judge

ATTEST:


_____
MICHAEL E. KUNZ
Clerk of Court