IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELIUS ALEXANDER : | |
| : | |
| Plaintiff : | |
| : | Case No. 2:02-cv-03753-SD |
| v. : | |
| : | |
| IMG AMERICAS, INC. and IMG AG : | |
| : | |
| Defendants : | |

**ENTRY OF APPEARANCE**

      Kindly enter our appearance on behalf of Defendant, IMG AG, with regard to the above captioned action.

      Respectfully submitted,

John E. Quinn
Identification No. 19312
Erin M. O'Neill
Identification No. 82372
**REED SMITH, LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Attorney for Defendant,
IMG AG

Dated:  August 5, 2002

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies he served a copy of the foregoing Entry of Appearance upon the following counsel of record via United States, first class mail, postage prepaid, this 5th day of August, 2002:

>R. Stokes Nolte, Esquire
>Nolte & Brodoway
>Three Mill Road
>Suite 304
>Wilmington, DE  19806

_____
John E. Quinn