IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELIUS ALEXANDER, ) | |
| ) | C.A. NO.: 02-3753 |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| IMG AMERICAS, INC. and IMG AG, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as co-counsel for Plaintiff, Delius Alexander in regard to the above matter.

                FREY, PETRAKIS, DEEB, BLUM,
                BRIGGS & MITTS, P.C.


BY:_____
    L. Oliver Frey
    Attorney I.D. No. 36403
    1601 Market Street, 6th Floor
    Philadelphia, PA 19103
    (215) 563-0500

    Attorney for Plaintiff