```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELIUS ALEXANDER              :    CIVIL ACTION
                              :
        v.                    :
                              :
IMG AMERICAS, INC. and        :
IMG AG                        :    NO. 02-3753
```

## ORDER

AND NOW, 16th day of December 16, 2002, after a Rule 16 conference this day, it is hereby ORDERED that:

1. This case is REFERRED for mediation to the Honorable Jacob P. Hart, United States Magistrate Judge, and the parties shall participate in accordance with Judge Hart's directions; and

2. This case is TRANSFERRED to the Civil Suspense Docket until further Order of this Court.

BY THE COURT:

_____
Stewart Dalzell, J.