IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELIUS ALEXANDER              :        CIVIL ACTION
                              :
        vs.                   :
                              :        NO.  02-3753
IMG AMERICAS INC.

## O R D E R

**AND NOW, TO WIT:** This 8th day of January, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                              **MICHAEL E. KUNZ**, Clerk of Court


                              **BY:**_____
                                      Eileen Adler
                                      Deputy Clerk

Civ 2 (8/2000)
41(b).frm